**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|    William R. Wilkinson : | Chapter 13 |
|    Marie T. Wilkinson : | Case No.: 18-13858-ELF |
| Debtor(s) : | |

## ORDER

AND NOW, this __2nd__ day of __February__, 2022 upon consideration of the Motion to Reopen the Chapter 13 Case for the Limited Purposes of Avoiding a Judgment Lien, and after a hearing, and for the reasons stated in court, it is hereby;

**ORDERED** that the instant Chapter 13 Bankruptcy is reopened for the limited purposes of avoiding the judicial lien of Freedom Credit Union; and

IT IS FURTHER **ORDERED** that the judicial lien of Freedom Credit Union against on the Debtors' real property located at 3453 Ainslie Street, Philadelphia, PA 19129 arising from the judgment in the Philadelphia Court of Common Pleas case numbered 171202045 is **AVOIDED** pursuant to 11 U.S.C.§522(f).

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**